IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KARA BARNETT, et al                                                     PLAINTIFFS

Vs.                  CASE NO. 2:08cv00085 JMM

DEAN DAVIDSON, SHELBY CLARK, JR.,                    DEFENDANTS
KATHERINE RIGGINS (originally sued as Cathy Riggins),
CHRIS FOLTZ and TERRY SABLOTNEY

## ORDER

Defendant Cathy Riggins, having submitted pleadings indicating that her correct name is Katherine Riggins, the Clerk is directed to change the style of the case to indicate the correct name of this Defendant.

IT IS SO ORDERED THIS 9th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE