IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KARA BARNETT and                                                                PLAINTIFFS
JAMIE BALL

vs.                                   CASE NO. 2:08cv00085 JMM

DEAN DAVIDSON, SHELBY CLARK, JR,                                 DEFENDANTS
KATHERINE RIGGINS, CHRIS FOLTZ and
TERRY SABLOTNEY

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge Beth Deere the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction for 18 months or until all settlement funds have been paid in full to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE